**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7025**

NATHANAEL LENARD REYNOLDS,

            Plaintiff - Appellant,

      v.

CHIEF DEPUTY DUDLEY MUSIER; OFFICER WATSON,

            Defendants – Appellees,

      and

SHERIFF MICHAEL JOHNSON,

            Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.    Mary G. Lewis, District Judge.
(1:15-cv-00388-MGL)

Submitted:  November 18, 2016      Decided:  November 23, 2016

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathanael Lenard Reynolds, Appellant Pro Se.   Edgar Lloyd
Willcox, II, WILLCOX BUYCK & WILLIAMS, PA, Florence, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathanael Lenard Reynolds appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Reynolds that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Reynolds has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process. The motion for preparation of a transcript at government expense is denied.

AFFIRMED

2